BURROW v. STATE.*

(Division A. May 31, 1926.)

[108 So. 505.   No. 25541.]

APPEAL AND ERROR.

> Where record in case originating in court of justice of the peace contains no transcript of proceedings therein, judgment of court below must be reversed and case remanded.

*Corpus Juris-Cyc. References: Appeal and Error, 4 CJ, p. 489, n. 32. Justices of the Peace, 35CJ, p. 789, n. 29.

APPEAL from circuit court of Leake county.

HON. G. E. WILSON, Judge.

Proceeding between John Burrow and the state. Judgment for the latter, and the former appeals. Reversed and remanded.

*Weir & Triplett,* for appellant.

The justice of the peace having failed to file with the circuit court a certified copy of the record of the proceedings had before him, that court was without jurisdiction; and that being true, this court is also without jurisdic-

tion. See *Hattiesburg* v. *Rogers,* 99 Miss. 639; and *Burrough* v. *State,* 107 So. 27. We think, therefore, that this cause should be reversed and remanded.

*J. L. Byrd,* Assistant Attorney-General, for the state.

In view of the holdings of the court in *City of Hattiesburg* v. *Rogers,* 99 Miss. 639, and *Burroughs* v. *State,* 107 So. 27, we see no way to save this case for the state, and it appears to us that the cause should be reversed.

SMITH, C. J., delivered the opinion of the court.

This case originated in the court of a justice of the peace, and the record contains no transcript of the proceedings in that court; consequently, as the Attorney-General admits, the judgment of the court below must be reversed, and the case remanded.

*Reversed and remanded.*